UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JULIA HARMON

        Plaintiff,                           Case No. 1:09-cv-376

vs.

                                             Judge Sandra S. Beckwith
                                             Magistrate Judge Timothy S. Black

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

# REPORT AND RECOMMENDATION[1] THAT: (1) PLAINTIFF'S COMPLAINT BE DISMISSED; AND (2) THIS CASE BE CLOSED

The Court previously entered a Show Cause Order in this matter, and advised Plaintiff that her complaint would be dismissed if she failed to timely comply with the Order. (*See* Doc. 10). *See also Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Walker v. Dallman*, No. 92-3817, 1993 U.S. App. LEXIS 4661, at *3-4 (6th Cir. Mar. 4, 1993). Plaintiff's Statement of Errors should have been filed on or before August 14, 2009. Plaintiff has yet to file a Statement of Errors. Additionally, the deadline set forth in the Show Cause Order has passed without a responsive filing.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint (Doc. 3) be **DISMISSED** for lack of prosecution and this case **CLOSED**.

**DATE:** February 18, 2010                      s/ Timothy S. Black
                                                              Timothy S. Black
                                                              United States Magistrate Judge

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JULIA HARMON

        Plaintiff,                             Case No. 1:09-cv-376

vs.

                                                Judge Sandra S. Beckwith
                                                Magistrate Judge Timothy S. Black

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **14 DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **14 DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).